```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                             AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:13-00325-02

**RONNIE DALE NORMAN, JR.**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On July 8, 2019, the United States of America appeared by Kristin Scott, Assistant United States Attorney, and the defendant, Ronnie Dale Norman, Jr., appeared in person and by his counsel, Natalie Atkinson, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Jeffrey Bella. The defendant commenced a twenty-two month term of supervised release in this action on February 14, 2019, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on July 12, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to successfully complete the 9 to 12 month residential drug treatment program at Recovery Point in that he entered the program on February 15, 2019, and was justifiably discharged on March 11, 2019 after being involved in a March 8, 2019 incident wherefrom the authorities at Recovery Point appropriately found that the defendant was involved in intimidation and bullying in violation of the rules and regulations of the program, which intimidation and bullying is found by the court to have occurred on March 8, 2019, as set forth in the court's findings on the record of the hearing after receipt of the evidence presented by the parties; (2) the defendant illegally possessed and used a controlled substance when he used methamphetamine prior to April 9, 2019, on which date the defendant submitted a urine specimen which tested positive for the drug, and as voluntarily admitted by the defendant; (3) the defendant left the judicial district of the Southern District of West Virginia without the permission of the court or the probation officer when he was discovered in Lawrence County, Ohio on April 8, 2019 and arrested during a

traffic stop; all of (2) and (3) as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TEN (10) MONTHS, to be followed by no term of supervised release. The court recommends that the defendant serve his imprisonment at the FCI Ashland facility, if feasible.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 9, 2019

John T. Copenhaver, Jr.
Senior United States District Judge